# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM R. VANCE JR., *Independent Executor of the Estate of Florence K. Grace, Deceased*, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-09-4115 |
| DOUGLAS H. SHULMAN, *Commissioner of Internal Revenue, Internal Revenue Service*, *et al.*, | § § § § § | |
| Defendants. | § | |

## ORDER

This case is stayed as to the issues involving the IRS pending its examination. The IRS will report the results of its examination by September 6, 2010. A status conference will be scheduled if appropriate after the IRS report is filed.

SIGNED on May 10, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge