IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM R. VANCE JR., *Independent Executor of the Estate of Florence K. Grace, Deceased*, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-09-4115 |
| DOUGLAS H. SHULMAN, *Commissioner of Internal Revenue, Internal Revenue Service*, *et al.*, | § § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

In accordance with the court's Order of September 17, 2010, this action is DISMISSED without PREJUDICE.

SIGNED on September 17, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

10917 1046P:\CASES\2009\09-4115\09-4115 dismiss order.wpd